UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: AYDIN T. ONER,<br><br>Debtor,<br><br>———<br><br>AYDIN T. ONER,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>    Defendants - Appellees. | No. 15-15506<br><br>D.C. No. 2:14-cv-01604-JCM<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

Appellant's motion for an extension of time to file the opening brief is granted. The appellant's opening brief is due July 27, 2015; appellees' answering brief is due August 26, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Cathie Gottlieb
Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10