Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

AMENDED **NOTICE OF APPEARANCE OF COUNSEL** or
**RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE**

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 15-15506

Case Name: Aydin Oner, et al. v. FNMA/Fannie Mae, et. al.

List the name(s) of the party or parties you are representing: FNMA/Fannie Mae; Seterus, Inc.

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Appellant/Cross-Appellee
☒ Appellee   ☐ Respondent  ☐ Intervenor     ☐ Appellee/Cross-Appellant

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*:

Name: Michael W. Chen

Firm/Office: McCarthy & Holthus, LLP

Address: 9510 W. Sahara Ave., Ste 200

City: Las Vegas   State: NV   Zip Code: 89117

Email: mchen@mccarthyholthus.com   Re-enter Email: mchen@mccarthyholthus.com

Phone Number *(including area code)*: (702) 685-0329

Signature *(use "s/" format)*: /s/ Michael Chen   Date: 8/25/2015

9th Circuit Case Number(s) | 15-15506

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* [          ].

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)* [          ]

*************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* | 8/26/2015 .

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

```
Aydin T. Oner
3733 Misty Falls St.
Las Vegas, NV 89129

Christopher Benner, Esq.
Wright Finlay and Zak, LLP
```

Signature *(use "s/" format)* [          ]