GREGORY L. WILDE, ESQ.  
Nevada Bar No. 4417  
**TIFFANY & BOSCO, P.A.**  
212 S. Jones Blvd.  
Las Vegas, NV 89107  
Tel: (702) 258-8200  
Fax: (702) 258-8787  

E-filed on August 26, 2015

Attorneys for Defendants/Appellees *National Default Servicing Corporation* and *CitiMortgage, Inc.*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| Aydin T. Oner,<br>　　Plaintiff/Appellant,<br><br>v.<br><br>Federal National Mortgage Association; Seterus, Inc., Ocwen Loan Servicing, Inc.; CitiMortgage, Inc.; and National Default Servicing Corporation,<br><br>　　Defendant/Appellees | Case No. 15-15506<br><br>**DEFENDANTS NATIONAL DEFAULT SERVICING CORPORATION'S AND CITIMORTGAGE, INC.'S JOINDER TO FEDERAL NATIONAL MORTGAGE ASSOCIATIONS'S and SETERUS, INC'S (APPELEES') MOTION TO DISMISS APPEAL** |

Comes now, Gregory L. Wilde, Esq., of the law firm of Tiffany & Bosco, P.A., as counsel of record for Defendants National Default Servicing Corporation and CitiMortgage, Inc., and hereby files this Joinder to Appellees Federal National Mortgage Association, Inc. and

///

///

///

- 1 -

1 | Seterus, Inc.'s Motion to Dismiss dated August 26, 2015

2 |     DATED this 26th Day of August, 2015.

3 | **TIFFANY & BOSCO, P.A.**

4 |

5 | /s/ Gregory L. Wilde, Esq.
6 | GREGORY L. WILDE, ESQ.
  | Nevada Bar No. 4417
7 | 212 S. Jones Blvd.
  | Las Vegas NV 89107
8 | Attorney for Defendants/Appellees *National Default Servicing Corporation* and *CitiMortgage,*
9 | *Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Tiffany & Bosco, P.A. and that on August 26, 2015, I served the foregoing **DEFENDANTS NATIONAL DEFAULT SERVICING CORPORATION'S AND CITIMORTGAGE, INC.'S JOINDER TO APPELLEES FEDERAL NATIONAL MORTGAGE ASSOCIATION INC.'S AND SETERUS, INC.'S MOTON TO DISMISS** to the Clerk's Office using the CM/ECF System for filing transmittal of a Notice of Electronic Filing and to all counsel in this matter; and to the following:

**Via United States First Class Mail**

Aydin T Oner
3733 Misty Falls Street
Las Vegas, NV 89129

Raymond Jereza, Esq
Wright Finlay & Zak, LLP
5532 S. Fort Apache Road, Ste 110
Las Vegas, NV 89148

Michael Chen
McCarthy & Holthus
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117

    /s/ Tracee Loveland
An employee of Tiffany & Bosco, P.A.