Office of the Clerk
# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

NOTE: For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number*(s)* | 15-15506

Case Name: | Aydin Oner, et al | v. | FNMA/Fannie Mae, et al

The Clerk will enter my appearance as counsel on behalf of: | Ocwen Loan Servicing, LLC

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Appellant/Cross-Appellee

☒ Appellee ☐ Respondent ☐ Intervenor ☐ Appellee/Cross-Appellant

☒ Check if you are lead counsel.
Lead counsel must be designated if a party is represented by more than one attorney or law firm.

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: | Raymond Jereza, Esq.

Name | Robin Wright, Esq.

Firm/Office | Wright, Finlay & Zak, LLP

Address | 7785 W. Sahara Ave., Suite 200

City | Las Vegas | State | NV | Zip Code | 89117

Phone Number *(including area code)* | (702) 475-7964

Signature *(use "s/" format)* | /s/ Robin Wright | Date | 8/26/2015

9th Circuit Case Number(s) | 15-15506

NOTE: For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator).* You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system

on *(date)* | 8/26/2015 | .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature *(use "s/" format)* | /s/ Robin Wright

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system

on *(date)* | Aug 26, 2015 | .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Aydin T Oner
3733 Misty Falls Street
Las Vegas, NV 89129

Signature *(use "s/" format)* | /s/ Robin Wright