Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691

Attorney for: Federal National Mortgage Association, Inc., and Seterus, Inc.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: | Case No. 15-15506 |
| Aydin T. Oner, | |
|     Plaintiff/Appellant, | |
| v. | **APPELLEES FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.'S AND SETERUS, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| Federal National Mortage Association; Seterus, Inc., Ocwen Loan Servicing, Inc.; CitiMortgage, Inc.; and National Default Servicing Corporation, | |
|     Defendant/Appellees. | |

    Pursuant to F.R.App.Pro 26.1, the undersigned, Michael W. Chen, Esq., of the law firm of McCarthy & Holthus, LLP, as counsel of record for Defendants Federal National Mortgage Association, Inc. and Seterus, Inc., hereby discloses that there are no parent corporations and/or publically held corporations with a 10% or more stock interest in Appellees Federal National

1  Mortgage Association.  Appellee Seterus, Inc. discloses that it is 100% owned by Kyanite
2  Services, Inc., an affiliated subsidiary of International Business Machines Corporation.
3
4
5  DATED:            August 26, 2015
6  __/s/ Michael Chen_____
7  Michael W. Chen, Esq.
   Nevada Bar No. 7307
8  McCarthy & Holthus, LLP
9  9510 W. Sahara Ave. #200
   Las Vegas, NV 89117
10 Attorney for Federal National Mortgage Association, Inc., and Seterus, Inc.

## **CERTIFICATE OF MAILING**

I HEREBY CERTIFY that I am an employee of McCarthy & Holthus, LLP; and that on August 27, 2015, I served the foregoing APPELLEES FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.'S and SETERUS, INC.'S COPROPRATE OWNERSHIP DISCLOSURE STATEMENT to the following:

<u>Via United States First Class Mail</u>

Aydin T Oner
3733 Misty Falls Street
Las Vegas, NV 89129

Raymond Jereza, Esq.
Wright Finlay & Zak, LLP
7785 W. Sahara Ave. Suite 200
Las Vegas, NV 89117

Matthew K. Schriever, Esq.
Tiffany & Bosco, P.A.
212 South Jones Blvd.
Las Vegas, NV 89107


            /s/ Joni Rispalje
An Employee of McCarthy & Holthus, LLP