UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AYDIN T. ONER, and U.S. Trustee, Las Vegas,<br><br>    Appellants,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; SETERUS, INC.; OCWEN LOAN SERVICING, INC.; CITIMORTGAGE, INC. and NATIONAL DEFAULT SERVICING CORPORATION<br><br>    Appellees. | Appeal No. 15-15506<br><br>District of Nevada, Case No. 2:14-cv-01604-JCM<br><br>OCWEN LOAN SERVICING, LLC'S JOINDER TO FEDERAL NATIONAL MORTGAGE ASSOCIATION'S AND SETERUS, INC'S (APPELLEES) MOTION TO DISMISS APPEAL |

  Appellee OCWEN LOAN SERVICING, LLC, erroneously named as Ocwen Loan Servicing, Inc. ("Ocwen" or "Appellee") by and through its attorneys of record, Robin Wright, Esq., Dana J. Nitz, Esq. and Victoria L. Hightower, Esq.,

/ / /

/ / /

/ / /

hereby file this Joinder to Appellees Federal National Mortgage Association, Inc. and Seterus, Inc.'s Motion to Dismiss dated August 26, 2015.

Respectfully submitted this 1st day of September, 2015

"We attempted to file the instant Motion electronically on August 26th and 27th, 2015. The CM/ECF was not available".

*/s/ Victoria L. Hightower*
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave. Ste. 200
Las Vegas, NV 89117
702-475-7964
Attorney for Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2015, I electronically filed the following joinder with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ *Victoria L. Hightower*
Robin Wright, Esq.
Nevada Bar No. 9296
Dana J. Nitz, Esq.
Nevada Bar No. 0050
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave. Ste. 200
Las Vegas, NV 89117
702-475-7964
Attorney for Appellee