**FILED**

**SEP 16 2015**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In the Matter of: AYDIN T. ONER, <br><br> Debtor. <br><br> ――――――――――――――― <br> AYDIN T. ONER, <br><br> Plaintiff - Appellant, <br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al., <br><br> Defendants - Appellees. | No. 15-15506 <br><br> D.C. No. 2:14-cv-01604-JCM <br> District of Nevada, <br> Las Vegas <br><br><br> ORDER |

Appellant's motion for an extension of time to reply to Appellees' motion to dismiss the appeal is granted. Appellant's reply is due September 28, 2015.

Appellees' optional reply is due within 7 days after service of appellant's response.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
 Deputy Clerk

TSP/MOATT