**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 09 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: AYDIN T. ONER,<br><br>Debtor.<br>_____<br><br>AYDIN T. ONER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>Defendants - Appellees. | No. 15-15506<br><br>D.C. No. 2:14-cv-01604-JCM<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's September 3, 2015 motion for an extension of time to file the opposition to the motion to dismiss is granted. Appellant's opposition has been filed.

Appellees' August 26, 2015 and September 1, 2015 motions to dismiss the appeal are denied.

Appellant's September 30, 2015 "motion to take judicial notice" is denied.

The opening brief has been filed. The answering briefs are due January 6, 2016. The optional reply brief is due within 14 days after service of the answering

ELF/MOATT

briefs.  All parties on a side are encouraged to join in a single brief to the greatest extent practicable.  *See* 9th Cir. R. 28-4.