Kristin A. Schuler-Hintz, Esq., SBN 7171
Michael Chen, Esq., SBN 7307
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
Mchen@McCarthyHolthus.com

Attorney for Appellees, Federal National Mortgage Association ("Fannie Mae") and Seterus, Inc.

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| Aydin T. Oner,<br>  Plaintiff/Appellant,<br><br>v.<br><br>Federal National Mortage Association; Seterus, Inc., Ocwen Loan Servicing, Inc.; CitiMortgage, Inc.; and National Default Servicing Corporation,<br><br>  Defendant/Appellees. | ) Case No. 15-15506<br>)<br>)<br>)<br>)<br>) **FEDERAL NATIONAL MORTGAGE**<br>) **ASSOCIATION'S and SETERUS, INC.'S**<br>) **(APPELLEES') JOINDER TO APPELLEE**<br>) **OCWEN LOAN SERVICING'S**<br>) **RESPONSIVE BRIEF**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Federal National Mortgage Association, and Seterus, Inc.,** ("Appellees" herein), joins in with similarly/identically situated Appellee Ocwen Loan Servicing in its Responsive

/ / /

/ / /

Brief in this matter. The issues on appeal are identical for all Appellees, and Joinder in the place of duplicate filings is efficient and preferable for the sake of party/judicial economy.

Dated: January 6, 2016                McCarthy & Holthus, LLP

By: /s/ Michael Chen
Michael Chen, Esq.
Attorney for Appellees Federal National Mortgage Association and Seterus, Inc.
.

CERTIFICATE OF SERVICE

On January 6, 2016, I served the foregoing documents described as **FEDERAL NATIONAL MORTGAGE ASSOCIATION'S and SETERUS, INC.'S (APPELLEES') JOINDER TO APPELLEE OCWEN LOAN SERVICING'S RESPONSIVE BRIEF** on the following individuals by electronic means through the Court's ECF program:

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                  */s/Joni Rispalje*
                                                  Joni Rispalje

On, January 6, 2016, I served the foregoing documents described as **FEDERAL NATIONAL MORTGAGE ASSOCIATION'S and SETERUS, INC.'S (APPELLEES') JOINDER TO APPELLEE OCWEN LOAN SERVICING'S RESPONSIVE BRIEF**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, CA, enclosed in a sealed envelope, with postage paid, addressed as follows:

Appellant Aydin T. Oner
3733 Misty Falls Street
Las Vegas, NV 89129

Paterno Jurani, Esq.
Wright Finlay & Zak, LLP
7785 W. Sahara Ave. Suite 200
Las Vegas, NV 89117
Attorney for Ocwen Loan Servicing

Matthew K. Schriever, Esq.
Tiffany & Bosco, P.A.
212 South Jones Boulevard
Las Vegas, NV 89107
Attorney for Citimortgage, Inc. and NDSC

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                */s/Joni Rispalje*
                                                 Joni Rispalje