GREGORY L. WILDE, ESQ.  E-filed on January 6, 2016
Nevada Bar No. 4417
**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel: (702) 258-8200
Fax: (702) 258-8787

Attorneys for Defendants/Appellees *National Default Servicing Corporation* and *CitiMortgage, Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Aydin T. Oner,<br><br>    Plaintiff/Appellant,<br><br>v.<br><br>Federal National Mortgage Association; Seterus, Inc., Ocwen Loan Servicing, Inc.; CitiMortgage, Inc.; and National Default Servicing Corporation,<br><br>    Defendant/Appellees | Case No. 15-15506<br><br>**DEFENDANTS NATIONAL DEFAULT SERVICING CORPORATION'S AND CITIMORTGAGE, INC.'S JOINDER TO OCWEN LOAN SERVICING, LLC's ANSWERING BRIEF AND CORPORATE DISCLOSURE STATEMENT** |

    Comes now, Gregory L. Wilde, Esq., of the law firm of Tiffany & Bosco, P.A., as counsel of record for Defendants National Default Servicing Corporation and CitiMortgage, Inc., and hereby files this Joinder to Appellee Ocwen Loan

- 1 -

Servicing, LLC's Answering Brief dated January 6, 2016. The Corporate Disclosure Statement Pursuant to F.R.A.P. 26.1 is attached hereto as Exhibit "1".

DATED this 6th day of January, 2016

**TIFFANY & BOSCO, P.A.**

/s/ Gregory L. Wilde, Esq.
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
212 S. Jones Blvd.
Las Vegas NV 89107
Attorney for Defendants/Appellees *National Default Servicing Corporation* and *CitiMortgage, Inc.*

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.A.P. 26.1**

Appellee, CitiMortgage, Inc. is a New York corporation that is wholly owned by Citibank Domestic Investment Corp. Citibank Domestic Investment Corp. is a Delaware corporation and is wholly owned by Citibank, N.A. Citibank, N.A. is chartered under the National Bank Act and is wholly owned by Citicorp Holdings, Inc. Citicorp Holdings, Inc., is a Delaware corporation and is wholly owned by Citigroup, Inc. Citigroup, Inc. is a Delaware corporation and its shares are publicly traded.

Appellee, National Default Servicing Corporation, is an Arizona Corporation with its principal place of business in Arizona.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Tiffany & Bosco, P.A. and that on January 6, 2016, I served the foregoing **DEFENDANTS NATIONAL DEFAULT SERVICING CORPORATION'S AND CITIMORTGAGE, INC.'S JOINDER TO APPELLEE OCWEN LOAN SERVICING, LLC's ANSWERING BRIEF** to the Clerk's Office using the CM/ECF System for filing transmittal of a Notice of Electronic Filing and to all counsel in this matter; and to the following:

**Via United States First Class Mail**

Aydin T Oner
3733 Misty Falls Street
Las Vegas, NV 89129

Raymond Jereza, Esq
Wright Finlay & Zak, LLP
5532 S. Fort Apache Road, Ste 110
Las Vegas, NV 89148

Michael Chen
McCarthy & Holthus
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117

                                          /s/ Tracee Loveland
                                          An employee of Tiffany & Bosco, P.A.