Kristin A. Schuler-Hintz, Esq., SBN 7171
Michael Chen, Esq., SBN 7307
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
Mchen@McCarthyHolthus.com

Attorney for Appellees, Federal National Mortgage Association ("Fannie Mae") and Seterus, Inc.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Aydin T. Oner,<br>    Plaintiff/Appellant,<br><br>v.<br><br>Federal National Mortage Association; Seterus, Inc., Ocwen Loan Servicing, Inc.; CitiMortgage, Inc.; and National Default Servicing Corporation,<br><br>    Defendant/Appellees. | ) Case No. 15-15506<br>)<br>)<br>)<br>) **FEDERAL NATIONAL MORTGAGE**<br>) **ASSOCIATION'S and SETERUS, INC.'S**<br>) **(APPELLEES') OPPOSITION TO**<br>) **APPELLANT'S MOTION TO EXTEND**<br>) **TIME AND RESPONSE TO**<br>) **APPELLANT'S OPPOSITION TO**<br>) **NOTICE OF JOINDER FILED BY**<br>) **FEDERAL NATIONAL MORTGAGE**<br>) **ASSOCIATION AND SETERUS, INC.**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Federal National Mortgage Association, and Seterus, Inc.,** ("Appellees" herein), files its Opposition to Appellant's Motion to Extend Time and Response to Appellant's Opposition to Notice of Joinder filed by Appellees.

## OPPOSITION TO APPELLANT'S MOTION TO EXTEND TIME

This case has a convoluted and substantial prior history of litigation as between Appellant and Appellees in the Nevada state and federal courts (as previously detailed in

1

1  Appellants' Motion to Dismiss in this case as docket no. 13), and has travelled far and wide
2  before coming into this Court.

3       Briefly stated, this Appellant has conducted a campaign of litigation as against the
4  several Appellees, and a resulting poor track record of success on the merits. The instant matter
5  is an appeal from an Order of Dismissal of Appeal from the United States District Court,
6  District of Nevada, the Hon. James C. Mahan presiding (United States District Court case no.
7  14-CV-1604-JCM). The matter before was, in turn, an appeal (to the US District Court sitting in
8  an appellate level capacity) by Appellant from a court order from the United States Bankruptcy
9  Court, District of Nevada, the Hon Mike K. Nakagawa presiding, which dismissed Appellant's
10  (Plaintiff therein) bankruptcy adversary case (adv. case no. 14-01112-mkn). The case
11  immediately prior to that, and the underlying bankruptcy case from which it sprang, is the
12  matter of In re: Aydin T. Oner, Chapter 13 Bankruptcy case no. 14-14200-mkn. This is the
13  second of two failed bankruptcy cases the Appellant has filed. In all cases mentioned above, as
14  well as in the instant case, the Debtor/Plaintiff/Appellant failed to take action in proper
15  prosecution of the matters and was thus dismissed in each and every case. A representative
16  sample of the case dockets for this instant case, and the three immediately prior actions (the US
17  Dist. Ct. Appeal, the Bankruptcy Adv. matter, and its underlying Chapter 13 Bankruptcy) are
18  attached hereto as Exhibit "A."

19       Significant to note in these four case dockets is the consistent conduct of the
20  Debtor/Plaintiff/Appellant in filing various motions to extend time to file substantive pleadings
21  in proper prosecution of the case. In the Chapter 13 bankruptcy matter, the Appellant (Debtor
22  therein), and after missing the scheduled 341(a) meeting of creditors and failing to file a
23  Chapter 13 Plan of Reorganization pursuant to 11 U.S.C. 521, filed his motion to extend time
24  (as docket no. 38) to answer the Trustee's/creditor's motion(s) to dismiss for the
25  aforementioned failure to prosecute the matter. So to in the Bankruptcy Adversary case, the
26  Appellant (Plaintiff therein) files a motion to enlarge time under Bankr. 9006 to answer the
27  Appellee's (Defendant therein) motion to dismiss case (as docket 19). In the US District Court
28  matter (the appeal from the US Bankruptcy Court), the Appellant files three (3) separate
29  motions to extend deadline for required substantive filings: a motion to extend time to file

opening appeal brief (docket no. 18), a self-titled motion to hold appeal in "abeyance" (seeking 2nd extension to file opening brief) as docket no. 20, and finally a third motion to extend time to file opening brief on June 22, 2015 (as docket no. 32). In this instant case, the Appellant has filed four (4) separate motions to extend time to file substantive pleadings: a motion to extend time to file opening brief (docket no. 7), two motions to extend time to file response to appellees' motion(s) to dismiss appeal (docket nos. 21 and 23), and the instant Motion to Extend time to file a reply to Appellees' Responsive Brief(s) (docket no. 37).

Based on this record, the Appellant appears to be engaged in dilatory conduct of protracting litigation and avoiding prompt prosecution of the case(s). Though the Appellant claims that his intentions are benign, his prior conduct in the last several cases belies such allegation that he is not seeking delay for "improper purposes." Given the track record of dismissal(s) by the various courts, and despite being afforded several extensions that he sought, this latest request is superfluous at best. The time has come for the Appellant to substantively present the merits of the case in the stead of unsupported allegations that he simply "needs more time to do so." The continuing prejudice (of ever increasing litigation costs) to the Appellees far outweigh the purported value to Appellant in getting more time to brief this matter since his voluntary filing was nearly 1 year ago <u>and</u> he has squandered several opportunities to duly argue the merits of his dispute in the several prior cases.

Accordingly, Appellees Federal National Mortgage Assoc. and Seterus, Inc. request that this Court deny the Appellant's request for extension of time to file his responsive brief.

## **RESPONSE TO APPELLANT'S OPPOSITION TO NOTICE OF JOINDER**

The Appellant continues to misapprehend the issue before this Court in his misguided Opposition to Federal National Mortgage Assoc. and Seterus, Inc.'s Notice of Joinder. Again, this Court had encouraged joint briefing by the Appellees, and as Appellee FNMA and Seterus, Inc. duly point out, all Appellees are identically situated with respect to the some issue presented in the case at hand: the propriety of the Order of Dismissal by the US District Court in case no. 14-CV-01604-JCM. The Appellant obfuscates the issue in this case by pointing out that separate Appellees hold differing interests in various real properties in which the Appellant

1   does/did own, but this is simply not part of the calculus in the instant case as Judge Mahan did
2   not consider such factors in the subject decision.  The Appellant appears to shift focus away
3   from his dilatory conduct as the basis for the subject dismissal order, and would present 'red
4   herrings" as to disparate Appellees and/or accusations of judicial impropriety by Judge Mahan
5   and/or Judge Nakagawa (again, a wholly separate dismissal order that is not subject of this
6   appeal).  Accordingly, Appellee FNMA and Seterus, Inc. request that this Court deny the
7   Appellant's Opposition to its Notice of Joinder herein.

8

9           WHEREFORE, Appellees pray for judgment as follows:

10      1.  That the Appellant's Motion to Extend Time to file responsive brief be denied in its
11          entirety.

12      2.  That the Appellant's Opposition to Notice of Joinder filed by FNMA and Seterus,
13          Inc. be struck as being without merit.

14      3.  For attorneys' fees and costs incurred herein.

15      4.  For such other relief as the Court deems proper.

16

17  Dated: January 25, 2016            McCarthy & Holthus, LLP

18

19

20                                     By: /s/ Michael Chen
                                       Michael Chen, Esq.
21                                     Attorney for Appellees Federal National Mortgage
                                       Association and Seterus, Inc.
22                                     .

23

24

25

26

27

28

29

CERTIFICATE OF SERVICE

On January 25, 2016, I served the foregoing documents described as **FEDERAL NATIONAL MORTGAGE ASSOCIATION'S and SETERUS, INC.'S (APPELLEES') OPPOSITION TO MOTION TO EXTEND TIME AND RESPONSE TO OPPOSITION TO NOTICE OF JOINDER** on the following individuals by electronic means through the Court's ECF program:

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/Joni Rispalje

Joni Rispalje

On January 25, 2016, I served the foregoing documents described as **FEDERAL NATIONAL MORTGAGE ASSOCIATION'S and SETERUS, INC.'S (APPELLEES') OPPOSITION TO MOTION TO EXTEND TIME AND RESPONSE TO OPPOSITION TO NOTICE OF JOINDER**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, CA, enclosed in a sealed envelope, with postage paid, addressed as follows:

Appellant Aydin T. Oner
3733 Misty Falls Street
Las Vegas, NV 89129

Paterno Jurani, Esq.
Wright Finlay & Zak, LLP
7785 W. Sahara Ave. Suite 200
Las Vegas, NV 89117
Attorney for Ocwen Loan Servicing

Matthew K. Schriever, Esq.
Tiffany & Bosco, P.A.
212 South Jones Boulevard
Las Vegas, NV 89107
Attorney for Citimortgage, Inc. and NDSC

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/Joni Rispalje

Joni Rispalje

5

**BAPCPA, CRTCOMP, PRIORFILING, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## District of Nevada (Las Vegas)
## Bankruptcy Petition #: 14-14200-mkn

|  |  |
|---|---|
| | *Date filed:* 06/17/2014 |
| *Assigned to:* MIKE K. NAKAGAWA | *Date terminated:* 07/08/2015 |
| Chapter 13 | *Debtor dismissed:* 08/27/2014 |
| Voluntary | *341 meeting:* 09/09/2014 |
| Asset | |

*Debtor disposition:* Dismissed for Failure to File
Information

| **Debtor** | represented by **AYDIN T ONER** |
|---|---|
| **AYDIN T ONER** | PRO SE |
| 3733 MISTY FALLS STREET | |
| LAS VEGAS, NV 89129 | |
| CLARK-NV | |
| SSN / ITIN: xxx-xx-2078 | |

| **Trustee** | represented by **RICK A. YARNALL** |
|---|---|
| **RICK A. YARNALL** | 701 BRIDGER AVE., #820 |
| 701 BRIDGER AVE., #820 | LAS VEGAS, NV 89101 |
| LAS VEGAS, NV 89101 | (702) 853-4500 |
| (702) 853-4500 | Email: ecfmail@LasVegas13.com |
| *TERMINATED: 07/24/2014* | |

| **Trustee** | represented by **KATHLEEN A. LEAVITT** |
|---|---|
| **KATHLEEN A. LEAVITT** | 201 LAS VEGAS BLVD., SO. |
| 201 LAS VEGAS BLVD., SO. #200 | #200 |
| LAS VEGAS, NV 89101 | LAS VEGAS, NV 89101 |
| (702) 853-0700 | (702) 853-0700 |
| | Email: courtsecf3@las13.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 06/17/2014 | 1 (7 pgs) | Chapter 13 Voluntary Petition. Fee Amount $0.00. Request for fee to be paid in installments. Filed by AYDIN T ONER . (mrb) (Entered: 06/17/2014) |
| 06/17/2014 | 2 (3 pgs) | Meeting of Creditors and Notice of Appointment of Trustee RICK A. YARNALL, . 341 meeting to be held on 08/05/2014 at 08:00 AM at 341s - Foley |

|  |  | Bldg,Rm 1500. Confirmation hearing to be held on 09/11/2014 at 01:30 PM at Foley Bldg,Third Floor. Objection to Dischargeability of Certain Debts due by 10/06/2014. Chapter 13 Proof of Claims due by 11/03/2014. (Entered: 06/17/2014) |
|---|---|---|
| 06/17/2014 | 3 | Statement of Social Security Number(s). **This document contains sensitive information and cannot be viewed by the public.** Filed by AYDIN T ONER (mrb) (Entered: 06/17/2014) |
| 06/17/2014 | 4 (1 pg) | Application to Pay Filing Fee in Installments Filed by AYDIN T ONER (mrb) (Entered: 06/17/2014) |
| 06/17/2014 | 5 | Receipt Number-1st Installment 217972, Fee Amount $80.00. (Related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor AYDIN T ONER) (mrb) (Entered: 06/17/2014) |
| 06/17/2014 | 6 | Hearing Scheduled/Rescheduled Confirmation hearing to be held on 9/11/2014 at 01:30 PM at Foley Bldg,Third Floor. (Related document(s)2 Meeting of Creditors Chapter 13 (BNC)) (mrb) (Entered: 06/17/2014) |
| 06/17/2014 | 7 | Set Deficient Filing Deadlines. Incomplete Filings due by 7/1/2014. Verification of Creditor Matrix due by 7/1/2014. Summary of schedules due by 7/1/2014. Schedule B due by 7/1/2014. Schedule C due by 7/1/2014. Schedule D due by 7/1/2014. Schedule E due by 7/1/2014. Schedule F due by 7/1/2014. Schedule G due by 7/1/2014. Schedule H due by 7/1/2014. Schedule I due by 7/1/2014. Schedule J due by 7/1/2014. Declaration Re: Schedules due by 7/1/2014. Statement of Financial Affairs due by 7/1/2014. Chapter 13 Plan due by 7/1/2014. Chapter 13 Means Test Form 22C Due 7/1/2014 (mrb) (Entered: 06/17/2014) |
| 06/17/2014 | 8 (7 pgs) | Notice of Incomplete and/or Deficient Filing. (mrb) (Entered: 06/17/2014) |
| 06/18/2014 |  | Notice of Debtor's Prior Filing for debtor AYDIN T ONER Case Number 11-10825, Chapter 13 filed in Nevada Bankruptcy Court on 01/21/2011 , Dismissed for Failure to File Information on 03/23/2011; Case Number 13-17116, Chapter 13 filed in Nevada Bankruptcy Court on 08/20/2013 , Dismissed for |

| | | |
|---|---|---|
| | | Failure to File Information on 10/10/2013.(Admin) (Entered: 06/18/2014) |
| 06/19/2014 | [9](#) (4 pgs) | BNC Certificate of Mailing (Related document(s)[2](#) Meeting of Creditors Chapter 13 (BNC)) No. of Notices: 8. Notice Date 06/19/2014. (Admin.) (Entered: 06/19/2014) |
| 06/19/2014 | [10](#) (8 pgs) | BNC Certificate of Mailing. (Related document(s)[8](#) Incomplete and/or Deficient Filing-Ch 13 (BNC)) No. of Notices: 1. Notice Date 06/19/2014. (Admin.) (Entered: 06/19/2014) |
| 06/25/2014 | [11](#) (4 pgs; 2 docs) | Request for Special Notice Filed by SHERRY A. MOORE on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-MH1, ITS ASSIGNEES AND/OR SUCCESSORS (Attachments: # [1](#) certificate of service) (MOORE, SHERRY) (Entered: 06/25/2014) |
| 07/02/2014 | [13](#) (2 pgs) | Certificate of Credit Counseling Filed by AYDIN T ONER (wml) (Entered: 07/03/2014) |
| 07/02/2014 | [14](#) (2 pgs) | Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. Filed by AYDIN T ONER (wml) (Entered: 07/03/2014) |
| 07/03/2014 | [12](#) (3 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed) with Certificate of Service Filed by Creditor BANK OF AMERICA, N.A. (BANK OF AMERICA (ct)) (Entered: 07/03/2014) |
| 07/07/2014 | [15](#) (1 pg) | Order Granting Application to Pay Filing Fees in Installments First Installment Payment due by 07/17/2014. Second Installment Payment due by 08/18/2014. Third Installment Payment due by 09/15/2014. Final Installment Payment due by 10/15/2014. (Related document(s)[4](#) Application to Pay Filing Fees in Installments filed by Debtor AYDIN T ONER.) (ccc) (Entered: 07/07/2014) |
| 07/07/2014 | [16](#) (1 pg) | Order on Debtor's Certification of Exigent Circumstances (Related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor AYDIN T ONER.) (ccc) (Entered: 07/07/2014) |

| | | |
|---|---|---|
| 07/07/2014 | 17<br>(4 pgs) | Request for Special Notice with Certificate of Service Filed by GREGORY L. WILDE on behalf of JPMORGAN CHASE BANK, N.A. (WILDE, GREGORY) (Entered: 07/07/2014) |
| 07/08/2014 | 18 | Receipt Number-2nd Installment 218219, Fee Amount $80.00., Receipt Number-3rd Installment 218219, Fee Amount $80.00. (Related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor AYDIN T ONER) (wml) Modified on 7/9/2014 to Reflect 2nd and 3rd Installment(Lakas, WM). (Entered: 07/08/2014) |
| 07/08/2014 | 19<br>(16 pgs) | Schedule[s] B, Personal Property Amount: $ 14535.00, E, Creditors Holding Unsecured Priority Claims Amount: $ 0.00, F, Creditors Holding Unsecured Nonpriority Claims Amount: $ 0.00, G, H, I, Average Income Amount: $ 4629.00, J, Current Expenditures Amount: $ 5805.00, Filed by AYDIN T ONER (ccc) (Entered: 07/09/2014) |
| 07/09/2014 | 20<br>(2 pgs) | BNC Certificate of Mailing - pdf (Related document (s)16 Order on Debtor's Certification of Exigent Circumstances) No. of Notices: 11. Notice Date 07/09/2014. (Admin.) (Entered: 07/09/2014) |
| 07/09/2014 | 21<br>(2 pgs) | BNC Certificate of Mailing - pdf (Related document (s)15 Application to Pay Filing Fee in Installments (BNC)) No. of Notices: 1. Notice Date 07/09/2014. (Admin.) (Entered: 07/09/2014) |
| 07/10/2014 | 22<br>(4 pgs) | Adversary case 14-01112. Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* Filed by AYDIN T ONER vs. CITIMORTGAGE INC. AND NATIONAL DEFAULT SERVICING CORPORATION, FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC., OCWEN LOAN SERVICING, INC. Fee Amount $350.00. (72 (Injunctive relief - other)(mrb) (Entered: 07/10/2014) |
| 07/22/2014 | 23<br>(2 pgs) | Appointment of Successor/Interim Trustee. Terminate Interim Trustee Due 07/23/2014. (80FARROW (md), SCOTT) (Entered: 07/22/2014) |
| 07/24/2014 | | |

|  |  |  |
|---|---|---|
|  |  | KATHLEEN A. LEAVITT added to case, Terminated Trustee RICK A. YARNALL (arv) (Entered: 07/24/2014) |
| 07/24/2014 | [24](#) (3 pgs) | Amended Meeting of Creditors. 341(a) meeting to be held on 9/9/2014 at 01:00 PM at 341s - Foley Bldg,Rm 1500. Confirmation hearing to be held on 10/16/2014 at 01:30 PM Foley Bldg,Third Floor Deadline to Object to Debtors Discharge or to Challenge Dischargeability of Certain Debts due: 10/6/2014. Proof of Claim due by 11/3/2014 (arv) (Entered: 07/24/2014) |
| 07/24/2014 | 25 | Hearing Scheduled/Rescheduled Confirmation hearing to be held on 10/16/2014 at 01:30 PM at Foley Bldg,Third Floor. (Related document(s)[24](#) Amended Meeting of Creditors Chapter 13 (BNC)) (arv) (Entered: 07/24/2014) |
| 07/24/2014 | [26](#) (4 pgs) | Request for Special Notice with Certificate of Service Filed by GREGORY L. WILDE on behalf of CITIMORTGAGE, INC. (WILDE, GREGORY) (Entered: 07/24/2014) |
| 07/26/2014 | [27](#) (4 pgs) | BNC Certificate of Mailing (Related document(s)[24](#) Amended Meeting of Creditors Chapter 13 (BNC)) No. of Notices: 15. Notice Date 07/26/2014. (Admin.) (Entered: 07/26/2014) |
| 08/02/2014 | [28](#) (3 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed) with Certificate of Service Filed by Creditor BANK OF AMERICA, N.A. (BANK OF AMERICA (ct)) (Entered: 08/02/2014) |
| 08/05/2014 | [29](#) (2 pgs) | Ex Parte Motion to Dismiss Case for Failure to File Required Documents under Section 521(i) Filed by RAYMOND A. JEREZA on behalf of OCWEN LOAN SERVICING, LLC (JEREZA, RAYMOND) (Entered: 08/05/2014) |
| 08/05/2014 | 30 | 341 Meeting Off Calendar (YARNALL, RICK) (Entered: 08/05/2014) |
| 08/11/2014 | 31 | Receipt Number-Final Installment 218615, Fee Amount $70.00. (Related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor AYDIN T ONER, [15](#) Application to Pay Filing Fee in Installments (BNC)) (arv) (Entered: 08/11/2014) |

| | | |
|---|---|---|
| 08/11/2014 | [32](#)<br>(8 pgs) | Opposition with Certificate of Service Filed by AYDIN T ONER (Related document(s)[29](#) Motion to Dismiss Case under Section 521(i) filed by Creditor OCWEN LOAN SERVICING, LLC.) (ccc) (Entered: 08/12/2014) |
| 08/14/2014 | [33](#)<br>(3 pgs) | Chapter 13 Standing Trustee's Final Report and Account. (YARNALL, RICK) (Entered: 08/14/2014) |
| 08/15/2014 | [34](#)<br>(1 pg) | Certificate of Service Filed by RICK A. YARNALL on behalf of RICK A. YARNALL (Related document (s)[33](#) Chapter 13 Standing Trustee's Final Report and Account -Transferred) (YARNALL, RICK) (Entered: 08/15/2014) |
| 08/20/2014 | [35](#)<br>(2 pgs) | Ex Parte Motion to Dismiss Case for Failure to File Required Documents under Section 521(i) Filed by KATHLEEN A. LEAVITT on behalf of KATHLEEN A. LEAVITT (LEAVITT, KATHLEEN) (Entered: 08/20/2014) |
| 08/20/2014 | [36](#)<br>(11 pgs) | Statement of Financial Affairs Filed by AYDIN T ONER (Related document(s) 7 Set Deficient Filing Deadlines) (ccc) (Entered: 08/21/2014) |
| 08/22/2014 | [37](#)<br>(6 pgs) | Opposition Filed by AYDIN T ONER (Related document(s)[35](#) Motion to Dismiss Case under Section 521(i) filed by Trustee KATHLEEN A. LEAVITT.) (ccc) (Entered: 08/25/2014) |
| 08/22/2014 | [38](#)<br>(3 pgs; 2 docs) | Motion to Extend Time Filed by AYDIN T ONER (ccc) Additional attachment(s) added on 8/26/2014 (Foster, VA). (Entered: 08/25/2014) |
| 08/25/2014 | [39](#)<br>(4 pgs) | Objection with Certificate of Service Filed by AYDIN T ONER (Related document(s)[33](#) Chapter 13 Standing Trustee's Final Report and Account -Transferred.) (ccc) (Entered: 08/26/2014) |
| 08/25/2014 | [40](#)<br>(2 pgs) | Motion to Extend Time Filed by AYDIN T ONER (Realted document(s) [2](#) Meeting of Creditors and Notice of Appointment of Trustee)(ccc) (Entered: 08/26/2014) |
| 08/25/2014 | [44](#)<br>(2 pgs) | (NONCONFORMING ENTRY) Plaintiff's Request To Enlarge Time For Hearing FRBP 9006(b)(1) Filed by AYDIN T ONER (mah) Modified on 9/9/2014 to |

| | | |
|---|---|---|
| | | reflect docketed on incorrect case. See 14-1112 (Hess, MA). (Entered: 09/09/2014) |
| 08/27/2014 | [41](#) (2 pgs) | Order Granting Motion To Dismiss Case under Section 521(i) (Related Doc # [35](#)) (ccc) (Entered: 08/27/2014) |
| 08/27/2014 | [42](#) (1 pg) | Notice of Dismissal; Notice That All Pending Hearings Are Vacated (ccc) (Entered: 08/27/2014) |
| 08/29/2014 | [43](#) (3 pgs) | BNC Certificate of Mailing. (Related document(s)[42](#) Notice of Dismissal; Notice That All Pending Hearings Are Vacated (BNC-BK)) No. of Notices: 17. Notice Date 08/29/2014. (Admin.) (Entered: 08/29/2014) |
| 09/12/2014 | 45 | 341 Meeting Off Calendar (LEAVITT, KATHLEEN) (Entered: 09/12/2014) |
| 12/10/2014 | [46](#) (2 pgs) | Motion to Reopen Chapter 13 Case . Receipt Number 220138, Fee Amount $235. Filed by AYDIN T ONER (ccc) (Entered: 12/11/2014) |
| 12/10/2014 | [47](#) (2 pgs) | Notice Filed by AYDIN T ONER (Related document (s)[46](#) Motion to Reopen Chapter 13 Case filed by Debtor AYDIN T ONER) (ccc) (Entered: 12/11/2014) |
| 12/11/2014 | [48](#) (3 pgs) | Chapter 13 Standing Trustee's Final Report and Account -Dismissed. Chapter 13 (Dismissed) Closing due 12/12/2014. (LEAVITT, KATHLEEN) (Entered: 12/11/2014) |
| 12/15/2014 | [49](#) (1 pg) | DENIED (Order Granting Motion To Reopen Bankruptcy Case) (Related document(s) [46](#)) (ccc) (Entered: 12/15/2014) |
| 02/26/2015 | [50](#) (3 pgs) | Chapter 13 Standing Trustee's Final Report and Account -Dismissed. Chapter 13 (Dismissed) Closing due 02/27/2015. (LEAVITT, KATHLEEN) (Entered: 02/26/2015) |
| 03/19/2015 | [51](#) (1 pg) | Certificate of Service of Chapter 13 Standing Trustee's Final Report and Account. with Certificate of Service (LEAVITT, KATHLEEN) (Entered: 03/19/2015) |
| 04/21/2015 | | |

|  | 52 (1 pg) | Certificate of Service of Chapter 13 Standing Trustee's Final Report and Account. with Certificate of Service (LEAVITT, KATHLEEN) (Entered: 04/21/2015) |
|---|---|---|
| 07/08/2015 | 53 | Disposition and Closing of Adversary Case (lms) (Entered: 07/08/2015) |
| 07/08/2015 | 54 (1 pg) | Order Discharging Chapter 13 Trustee and Closing of Dismissed Case (lms) (Entered: 07/08/2015) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/25/2016 08:24:31 | | |
| **PACER Login:** chenmw11:4640065:0 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 14-14200-mkn Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** 4 | **Cost:** | 0.40 |

**DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## District of Nevada (Las Vegas)
## Adversary Proceeding #: 14-01112-mkn

*Assigned to:* MIKE K. NAKAGAWA
*Lead BK Case:* 14-14200
*Lead BK Title:* AYDIN T ONER
*Lead BK Chapter:* 13
*Demand:*

*Date Filed:* 07/10/14
*Date Terminated:* 07/08/15
*Date Dismissed:* 11/10/14

*Nature[s] of Suit:* 72 Injunctive relief - other

---

**Plaintiff**
-----------------------
**AYDIN T ONER**
3733 MISTY FALLS STREET
LAS VEGAS, NV 89129
SSN / ITIN: xxx-xx-2078

represented by **AYDIN T ONER**
PRO SE

V.

**Defendant**
-----------------------
**CITIMORTGAGE INC. AND NATIONAL
DEFAULT SERVICING CORPORATION**
C/O 3733 MISTY FALLS STREET
LAS VEGAS, NV 89129

represented by **GREGORY L. WILDE**
TIFFANY & BOSCO PA
212 S. JONES BLVD.
LAS VEGAS, NV 89107
(702) 258-8200
Fax : (702) 258-8787
Email: nvbk@tblaw.com

**Defendant**
-----------------------
**FEDERAL NATIONAL MORTGAGE
ASSOCIATION AND SETERUS, INC.**
C/O 3733 MISTY FALLS STREET
LAS VEGAS, NV 89129

represented by **MICHAEL W. CHEN**
MCCARTHY HOLTHUS, LLP
9510 W SAHARA AVE, STE 110
LAS VEGAS, NV 89117
(702) 685-0329
Fax : (866) 339-5691
Email: bknotice@mccarthyholthus.com

***Defendant***

----------------------

**OCWEN LOAN SERVICING, INC.**          represented by **RAYMOND A. JEREZA**
C/O 3733 MISTY FALLS STREET                           SMITH LARSEN & WIXOM
LAS VEGAS, NV 89129                                   1935 Village Center Circle
                                                      LAS VEGAS, NV 89134
                                                      702-252-5002
                                                      Fax : 702-252-5006
                                                      Email: rj@slwlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 07/10/2014 | 1<br>(4 pgs) | Adversary case 14-01112. Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* Filed by AYDIN T ONER vs. CITIMORTGAGE INC. AND NATIONAL DEFAULT SERVICING CORPORATION, FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC., OCWEN LOAN SERVICING, INC. Fee Amount $350.00. (72 (Injunctive relief - other) (mrb) (Entered: 07/10/2014) |
| 07/10/2014 | 2 | Scheduling Conference scheduled for 10/23/2014 at 10:00 AM at MKN-Courtroom 2, Foley Federal Bldg. (Related document(s)1 Complaint filed by Plaintiff AYDIN T ONER.) (mrb) (Entered: 07/10/2014) |
| 07/10/2014 | 3<br>(3 pgs) | Summons Issued on CITIMORTGAGE INC. AND NATIONAL DEFAULT SERVICING CORPORATION (mrb) (Entered: 07/10/2014) |
| 07/10/2014 | 4<br>(3 pgs) | Summons Issued on FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC. (mrb) (Entered: 07/10/2014) |
| 07/10/2014 | 5<br>(3 pgs) | Summons Issued on OCWEN LOAN SERVICING, INC. (mrb) (Entered: 07/10/2014) |
| 07/10/2014 | 6 | Fee Waived $350.00 (Related document(s)1 Complaint filed by Plaintiff AYDIN T ONER) (kmm) (Entered: 07/10/2014) |
| 08/06/2014 | 7<br>(3 pgs) | Notice *(Request for Special Notice)* with Certificate of Service Filed by MICHAEL W. CHEN on behalf of FEDERAL NATIONAL MORTGAGE |

| | | |
|---|---|---|
| | | ASSOCIATION AND SETERUS, INC. (CHEN, MICHAEL) (Entered: 08/06/2014) |
| 08/08/2014 | 8<br>(155 pgs; 5 docs) | Motion to Dismiss *Plaintiffs' Complaint Pursuant to Rule 12(b)(6)* with Certificate of Service Filed by MICHAEL W. CHEN on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC. (Attachments: # 1 Exhibit proof of service # 2 Exhibit exhibits # 3 Exhibit exhibits continued # 4 Exhibit exhibits continued) (CHEN, MICHAEL) (Entered: 08/08/2014) |
| 08/08/2014 | 9<br>(2 pgs) | Notice of Hearing *on Motion to Dismiss Plaintiffs' Complaint Pursuant to Rule 12 (b)(6)* Hearing Date: 9/10/2014 Hearing Time: 9:30 am Filed by MICHAEL W. CHEN on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC. (Related document(s)8 Motion to Dismiss filed by Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC..)(CHEN, MICHAEL) (Entered: 08/08/2014) |
| 08/11/2014 | 10 | Hearing Scheduled/Rescheduled. Hearing scheduled 9/10/2014 at 09:30 AM at MKN-Courtroom 2, Foley Federal Bldg. (Related document(s)8 Motion to Dismiss filed by Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC..) (ccc) (Entered: 08/11/2014) |
| 08/25/2014 | 19<br>(2 pgs) | Plaintiff's Request To Enlarge Time For Hearing - FRBP 9006(b)(1) Filed by AYDIN T ONER (mah) (Entered: 09/09/2014) |
| 08/29/2014 | 11<br>(2 pgs) | Notice *of Appearance and Request for Notice* Filed by RAYMOND A. JEREZA on behalf of OCWEN LOAN SERVICING, INC. (JEREZA, RAYMOND) (Entered: 08/29/2014) |
| 09/02/2014 | 12<br>(43 pgs) | Joinder *to Federal National Mortgage Association's Motion to Dismiss* Filed by RAYMOND A. JEREZA on behalf of OCWEN LOAN SERVICING, INC. (Related document(s)8 Motion to Dismiss filed by Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC..) (JEREZA, RAYMOND) (Entered: 09/02/2014) |

| | | |
|---|---|---|
| 09/02/2014 | [15](#)<br>(5 pgs) | Opposition Filed by AYDIN T ONER (Related document(s)[8](#) Motion to Dismiss filed by Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC..) (ccc) (Entered: 09/04/2014) |
| 09/03/2014 | [13](#)<br>(47 pgs) | Motion to Dismiss Adversary Proceeding *with Attached Exhibits A-C,* Filed by GREGORY L. WILDE on behalf of CITIMORTGAGE INC. AND NATIONAL DEFAULT SERVICING CORPORATION (WILDE, GREGORY) (Entered: 09/03/2014) |
| 09/03/2014 | [14](#)<br>(5 pgs) | Notice of Hearing *of Motion to Dismiss,* Hearing Date: 10/08/2014 Hearing Time: 9:30AM with Certificate of Service Filed by GREGORY L. WILDE on behalf of CITIMORTGAGE INC. AND NATIONAL DEFAULT SERVICING CORPORATION (Related document(s)[13](#) Motion to Dismiss Adversary Proceeding filed by Defendant CITIMORTGAGE INC. AND NATIONAL DEFAULT SERVICING CORPORATION) (WILDE, GREGORY) (Entered: 09/03/2014) |
| 09/04/2014 | 16 | Hearing Scheduled/Rescheduled. Hearing scheduled 10/8/2014 at 09:30 AM at MKN-Courtroom 2, Foley Federal Bldg. (Related document(s)[13](#) Motion to Dismiss Adversary Proceeding filed by Defendant CITIMORTGAGE INC. AND NATIONAL DEFAULT SERVICING CORPORATION.) (ccc) (Entered: 09/04/2014) |
| 09/08/2014 | [17](#)<br>(3 pgs) | Certificate of Service Filed by RAYMOND A. JEREZA on behalf of OCWEN LOAN SERVICING, INC. (Related document(s)[11](#) Notice filed by Defendant OCWEN LOAN SERVICING, INC., [12](#) Joinder filed by Defendant OCWEN LOAN SERVICING, INC.) (JEREZA, RAYMOND) (Entered: 09/08/2014) |
| 09/09/2014 | [18](#)<br>(4 pgs; 2 docs) | Reply *to Plaintiff's Opposition to Motion to Dismiss Plaintiffs' Complaint* with Certificate of Service Filed by MICHAEL W. CHEN on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC. (Related document(s)[15](#) Opposition filed by Plaintiff AYDIN T ONER.) (Attachments: # [1](#) Certificate of |

| | | |
|---|---|---|
| | | Service) (CHEN, MICHAEL). Modified on 9/10/2014 to relate to #15 in place of #16 (Youngblood, CL). (Entered: 09/09/2014) |
| 09/22/2014 | [20](#) (2 pgs) | Certificate of Service *of proposed order* Filed by MICHAEL W. CHEN on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC. (Related document(s)[8](#) Motion to Dismiss filed by Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC..) (CHEN, MICHAEL) (Entered: 09/22/2014) |
| 09/23/2014 | [21](#) (4 pgs) | Order Granting Motion To Dismiss (Related document(s) [8](#)) (ccc) (Entered: 09/23/2014) |
| 09/24/2014 | [22](#) (3 pgs) | Notice of Entry of Order/Judgment *dismissing Adversary complaint as to Federal National Mortgage Association, Seterus, Inc. and Ocwen Loan Servicing, LLC* Filed by MICHAEL W. CHEN on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC. (Related document(s)[21](#) Order on Motion to Dismiss.)(CHEN, MICHAEL) (Entered: 09/24/2014) |
| 09/29/2014 | [23](#) (6 pgs) | Notice of Appeal. Filed by AYDIN T ONER . Receipt Number 219198, Fee Amount $298 (Related document(s)[21](#) Order on Motion to Dismiss.)(mag) (Entered: 09/29/2014) |
| 09/29/2014 | [24](#) (1 pg) | Election to Appeal to District Court . Filed by AYDIN T ONER (Related document(s)[23](#) Notice of Appeal filed by Plaintiff AYDIN T ONER.) (mag) (Entered: 09/29/2014) |
| 09/30/2014 | 25 | Appeal Reference Number 14-61 (Related document(s)[23](#) Notice of Appeal filed by Plaintiff AYDIN T ONER.)(mag) (Entered: 09/30/2014) |
| 09/30/2014 | [26](#) (1 pg) | Notice of Referral of Appeal to USDC. Appeal Reference # 14-61 (Related document(s)[23](#) Notice of Appeal filed by Plaintiff AYDIN T ONER.) (mag) (Entered: 09/30/2014) |
| 09/30/2014 | [27](#) (2 pgs) | Transmittal Form (USDC). Appeal Reference # 14-61 (Related document(s)[23](#) Notice of Appeal filed |

| | | by Plaintiff AYDIN T ONER.)(mag) (Entered: 09/30/2014) |
|---|---|---|
| 09/30/2014 | [28](#) (2 pgs) | Appeal Memorandum (USDC). Appeal Reference # 14-61 (Related document(s)[23](#) Notice of Appeal filed by Plaintiff AYDIN T ONER.)(mag) (Entered: 09/30/2014) |
| 09/30/2014 | [29](#) (6 pgs) | Clerk Forwarded Appeal Documents to BNC for Noticing to: USDC (Related document(s)[23](#) Notice of Appeal filed by Plaintiff AYDIN T ONER.) (mag) (Entered: 09/30/2014) |
| 09/30/2014 | 30 | USDC Appeal Court Case #14-cv-01604-JCM, Appeal Reference #14-61. (Copy) MINUTE ORDER IN CHAMBERS of the Honorable Judge James C. Mahan, on 9/30/2014. IT IS ORDERED that the designation of reporters and recorders transcripts (if any) as required by LR 8006(b), shall be filed with the clerk of bankruptcy court so the certificate of record on appeal may be transmitted timely to the district court. If the designation was previously filed with the clerk of BAP, counsel shall file a copy of the same with the clerk of bankruptcy court. IT IS FURTHER ORDERED that all future documents filed in connection with this appeal shall bear the bankruptcy case number, adversary case number (if any) and the district court civil case number. For Bankruptcy Appeals, Attorneys are required to file Verified Petitions in accordance with LR IA 10-2. (no image attached) (Copies have been distributed pursuant to the NEF - SLR) (Related document(s)[23](#) Notice of Appeal filed by Plaintiff AYDIN T ONER.)(mrb) (Entered: 09/30/2014) |
| 10/02/2014 | [31](#) (3 pgs) | BNC Certificate of Mailing. (Related document(s) [28](#) Appeal Memorandum (USDC)) No. of Notices: 1. Notice Date 10/02/2014. (Admin.) (Entered: 10/02/2014) |
| 10/02/2014 | [32](#) (2 pgs) | BNC Certificate of Mailing. (Related document(s) [26](#) Notice of Referral of Appeal to USDC) No. of Notices: 1. Notice Date 10/02/2014. (Admin.) (Entered: 10/02/2014) |
| 10/02/2014 | [33](#) (3 pgs) | BNC Certificate of Mailing. (Related document(s) [27](#) Transmittal Form (USDC)) No. of Notices: 1. |

| | | Notice Date 10/02/2014. (Admin.) (Entered: 10/02/2014) |
|---|---|---|
| 10/02/2014 | [34](#) (7 pgs) | BNC Certificate of Mailing - pdf (Related document(s)[29](#) Appeal Documents Forwarded to BNC for Noticing) No. of Notices: 2. Notice Date 10/02/2014. (Admin.) (Entered: 10/02/2014) |
| 10/07/2014 | [35](#) (2 pgs) | Opposition Filed by AYDIN T ONER (Related document(s)[13](#) Motion to Dismiss Adversary Proceeding filed by Defendant CITIMORTGAGE INC. AND NATIONAL DEFAULT SERVICING CORPORATION.) (ccc) (Entered: 10/08/2014) |
| 10/08/2014 | 36 | **Minute Entry** Re: hearing on 10/8/2014 9:30 AM. Continued. (related document(s): [13](#) Motion to Dismiss Adversary Proceeding filed by CITIMORTGAGE INC. AND NATIONAL DEFAULT SERVICING CORPORATION) Appearance : AYDIN T ONER, MATT SCHRIEVER (Hearing scheduled 11/04/2014 at 09:30 AM at MKN-Courtroom 2, Foley Federal Bldg. (brr ) (Entered: 10/09/2014) |
| 10/14/2014 | [38](#) (2 pgs) | Appellant Designation of Record and Appellant Statement of Issues Filed by AYDIN T ONER. Appeal Reference Number 14-61, USDC Case Number 14-cv-01604-JCM (Related document(s)[23](#) Notice of Appeal filed by Plaintiff AYDIN T ONER.)(mrb) (Entered: 10/16/2014) |
| 10/15/2014 | [37](#) (2 pgs) | Status Report Forwarded to: USDC. Appeal Reference #14-61, U.S. District Court #14-cv-01604-JCM (Related document(s)[23](#) Notice of Appeal filed by Plaintiff AYDIN T ONER, [24](#) Election to Appeal filed by Plaintiff AYDIN T ONER.)(mrb) (Entered: 10/15/2014) |
| 10/16/2014 | [39](#) (2 pgs) | Amended Status Report Forwarded to: USDC. Appeal Reference #14-61, U.S. District Court #14-cv-01604-JCM (Related document(s)[23](#) Notice of Appeal filed by Plaintiff AYDIN T ONER, [37](#) Status Report.)(mrb) (Entered: 10/16/2014) |
| 10/17/2014 | [40](#) (3 pgs) | BNC Certificate of Mailing. (Related document(s) [37](#) Status Report) No. of Notices: 2. Notice Date 10/17/2014. (Admin.) (Entered: 10/17/2014) |

| | | |
|---|---|---|
| 10/18/2014 | 41<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s) 39 Status Report) No. of Notices: 2. Notice Date 10/18/2014. (Admin.) (Entered: 10/18/2014) |
| 10/23/2014 | 42 | **Minute Entry** Re: hearing on 10/23/2014 10:00 AM. Continued. (related document(s): 1 Complaint filed by AYDIN T ONER). Appearance: MATT SCHRIEVER. Scheduling Conference scheduled for 11/04/2014 at 09:30 AM. (pal ) (Entered: 10/28/2014) |
| 11/04/2014 | 43 | **Minute Entry** Re: hearing on 11/4/2014 9:30 AM. Continued. (related document(s): 1 Complaint filed by AYDIN T ONER) Appearance : AYDIN T ONER, MATTHEW SCHRIEVER Scheduling Conference scheduled for 01/08/2015 at 10:00 AM. (dls ) Modified on 11/4/2014 to add appearance (Youngblood, CL). (Entered: 11/04/2014) |
| 11/10/2014 | 44<br>(7 pgs) | Order Granting Motion to Dismiss Adversary Proceeding (Related document(s) 13) (ccc) (Entered: 11/10/2014) |
| 11/13/2014 | 45<br>(7 pgs) | Clerk Forwarded Document to BNC for Noticing. (Related document(s)44 Order on Motion to Dismiss Adversary Proceeding.) (ccc) (Entered: 11/13/2014) |
| 11/15/2014 | 46<br>(8 pgs) | BNC Certificate of Mailing - pdf (Related document(s)45 Document Forwarded to BNC for Noticing) No. of Notices: 5. Notice Date 11/15/2014. (Admin.) (Entered: 11/15/2014) |
| 11/24/2014 | 47<br>(2 pgs) | Amended Notice of Appeal. Filed by AYDIN T ONER . Appeal Reference # 14-61 U.S. District Court # 14-cv-01604-JCM (Related document(s)23 Notice of Appeal filed by Plaintiff AYDIN T ONER.)(mag) (Entered: 11/25/2014) |
| 01/05/2015 | 48<br>(1 pg) | Certificate of Readiness Forwarded to: USDC. Appeal Reference # 14-61 U.S. District Court # 14-cv-01604-JCM (Related document(s)23 Notice of Appeal filed by Plaintiff AYDIN T ONER.)(mag) (Entered: 01/05/2015) |
| 01/07/2015 | 49<br>(2 pgs) | BNC Certificate of Mailing. (Related document(s) 48 Certificate of Readiness) No. of Notices: 2. |

| | | |
|---|---|---|
| | | Notice Date 01/07/2015. (Admin.) (Entered: 01/07/2015) |
| 01/07/2015 | 50 | (COPY) MINUTE ORDER IN CHAMBERS of the Honorable Judge James C. Mahan, on 1/7/2015. IT IS ORDERED appellant shall have period of fourteen (14) days from date of this order to file/serve opening brief. Appellee shall have fourteen (14) days after to file/serve answering brief. Thereafter, appellant shall have fourteen (14) days to file/serve final reply brief. IT IS FURTHER ORDERED that appellant shall file and serve with appellants brief excerpts of the record as an appendix pursuant to LR 8009(a) and Fed. R. Bank. P. 8009(b). Appellee may also file/serve an appendix with appellees brief which contains required material omitted by appellant. Opening brief due by 1/24/2015. Answering brief due by 2/10/2015. Reply brief due by 2/27/2015.(no image attached). Appeal Reference # 14-61 U.S. District Court # 14-cv-01604-JCM (Related document(s)23 Notice of Appeal filed by Plaintiff AYDIN T ONER.)(mag) (Entered: 01/08/2015) |
| 03/16/2015 | 51 (4 pgs) | (COPY) Order Dismissing Appeal. Appeal Reference # 14-61 U.S. District Court # 14-cv-01604-JCM (Related document(s)23 Notice of Appeal filed by Plaintiff AYDIN T ONER.)(mag) (Entered: 03/16/2015) |
| 04/17/2015 | 52 | USDC Case 14-cv-01604-JCM CLOSED. Appealed to Ninth Circuit - Appeal Court Case# 15-15506 Appeal Reference # 14-61 (Related document(s)23 Notice of Appeal filed by Plaintiff AYDIN T ONER.)(mag) (Entered: 04/17/2015) |
| 07/08/2015 | 53 | Disposition and Closing of Adversary Case (lms) (Entered: 07/08/2015) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/25/2016 08:37:31 | | |
| | chenmw11:4640065:0 | | | | |

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 14-01112-mkn Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 5 | Cost: | 0.50 |

CLOSED,APPEAL

# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:14-cv-01604-JCM

Oner v. Federal National Mortgage Association et al
Assigned to: Judge James C. Mahan
Case in other court: U.S. Bankruptcy Court, 14-14200
                               Ninth Circuit, 15-15506
Cause: 28:1334 Bankruptcy Appeal

Date Filed: 09/30/2014
Date Terminated: 03/13/2015
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal
(801)
Jurisdiction: Federal Question

**In Re**

**Aydin T. Oner**                             represented by   **Aydin T. Oner**
                                                           PRO SE

**Appellant**

**Aydin T. Oner**                             represented by   **Aydin T. Oner**
                                                           3733 Misty Falls Street
                                                           Las Vegas, NV 89129
                                                           702-353-4331
                                                           PRO SE

V.

**Appellee**

**Federal National Mortgage**                represented by   **Kristin A Schuler-Hintz**
**Association**                                              McCarthy & Holthus, LLP
                                                           9510 West Sahara Avenue
                                                           Suite 110
                                                           Las Vegas, NV 89117
                                                           702-685-0329
                                                           Fax: 866-339-5691
                                                           Email: FDCNV@mccarthyholthus.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael W. Chen**
                                                           McCarthy Holthus LLP
                                                           9510 W Sahara Ave Ste 110
                                                           Las Vegas, NV 89117
                                                           (702) 685-0329
                                                           Fax: (866) 339-569
                                                           Email: mchen@mccarthyholthus.com
                                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Gregory L Wilde**
Tiffany & Bosco P.A.
212 South Jones Blvd.
Las Vegas, NV 89107
(702) 258-8200
Fax: (702) 258-8787
Email: efilenv@tblaw.com
*ATTORNEY TO BE NOTICED*

<u>**Appellee**</u>

**Seterus, Inc.**                        represented by   **Kristin A Schuler-Hintz**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael W. Chen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

<u>**Appellee**</u>

**Ocwen Loan Servicing, LLC..**         represented by   **Christopher L. Benner**
                                                          Smith Larsen Wixom LLP
                                                          1935 Village Center Circle
                                                          Las Vegas, NV 89134
                                                          (702) 252-5002
                                                          Fax: (702) 252-5006
                                                          Email: clb@slwlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Raymond Jereza**
                                                          Wright, Finlay & Zak
                                                          7785 W. Sahara Ave., Suite 200
                                                          Las Vegas, NV 89117
                                                          702-475-7964
                                                          Fax: 702-946-1345
                                                          Email: rj@slwlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

<u>**Appellee**</u>

**CitiMortgage, Inc.**                   represented by   **Gregory L Wilde**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

<u>**Appellee**</u>

**National Default Servicing**            represented by   **Gregory L Wilde**
**Corporation**                                            (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Trustee**

**US Trustee**                            represented by   **U.S. Trustee, Las Vegas**
                                                           300 Las Vegas Boulevard South
                                                           Suite 4300
                                                           Las Vegas, NV 89101-5803
                                                           702-388-6600
                                                           Fax: 702-388-6658
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2014 |   | Case assigned to Judge James C. Mahan. (SLR) (Entered: 09/30/2014) |
| 09/30/2014 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT, Bankruptcy Court case number 14-14200. Certificate of Interested Parties due by 10/10/2014. (Attachments: # 1 Transmittal, # 2 Memorandum, # 3 Notice of Referral)(SLR) (Entered: 09/30/2014) |
| 09/30/2014 | 2 | MINUTE ORDER IN CHAMBERS of the Honorable Judge James C. Mahan, on 9/30/2014. IT IS ORDERED that the designation of reporters and recorders transcripts (if any) as required by LR 8006(b), shall be filed with the clerk of bankruptcy court so the certificate of record on appeal may be transmitted timely to the district court. If the designation was previously filed with the clerk of BAP, counsel shall file a copy of the same with the clerk of bankruptcy court. IT IS FURTHER ORDERED that all future documents filed in connection with this appeal shall bear the bankruptcy case number, adversary case number (if any) and the district court civil case number. For Bankruptcy Appeals, Attorneys are required to file Verified Petitions in accordance with LR IA 10-2. **(no image attached)** (Copies have been distributed pursuant to the NEF - SLR) (Entered: 09/30/2014) |
| 10/10/2014 | 3 | CERTIFICATE of Interested Parties filed by Ocwen Loan Servicing, Inc.. There are no known interested parties other than those participating in the case . (Jereza, Raymond) (Entered: 10/10/2014) |
| 10/15/2014 | 4 | STATUS REPORT filed by United States Bankruptcy Court. (SLR) (Entered: 10/16/2014) |
| 10/16/2014 | 5 | AMENDED STATUS REPORT filed by U.S. Bankruptcy Court. (SLR) (Entered: 10/16/2014) |
| 10/24/2014 | 6 | CERTIFICATE of Interested Parties filed by Federal National Mortgage Association, Seterus, Inc.. There are no known interested parties other than those participating in the case. (Schuler-Hintz, Kristin) (Entered: 10/24/2014) |
| 12/03/2014 | 7 |   |

|            |    | MOTION for Temporary Restraining Order by Appellant Aydin T. Oner. Motion ripe 12/3/2014. (SLD) (Entered: 12/03/2014) |
|------------|----|---|
| 12/05/2014 | 8  | RESPONSE to 7 MOTION for Temporary Restraining Order, filed by Appellees Federal National Mortgage Association, Seterus, Inc.. Replies due by 12/15/2014. (Attachments: # 1 Exhibit Appellee's Motion to Dismiss, # 2 Exhibit Notice of Posting, # 3 Exhibit Complaint)(Schuler-Hintz, Kristin) (Entered: 12/05/2014) |
| 12/05/2014 | 9  | ORDER denying without prejudice 7 Motion for temporary restraining order. Signed by Judge James C. Mahan on 12/5/2014. (Copies have been distributed pursuant to the NEF - DKJ) (Entered: 12/05/2014) |
| 12/08/2014 | 10 | CERTIFICATE of Interested Parties filed by CitiMortgage, Inc., National Default Servicing Corporation that identifies all parties that have an interest in the outcome of this case. Corporate Parent CITIMORTGAGE, Corporate Parent National Default Servicing Corporation for CitiMortgage, Inc., National Default Servicing Corporation added. . (Wilde, Gregory) (Entered: 12/08/2014) |
| 12/08/2014 | 11 | CERTIFICATE OF SERVICE for 10 Certificate of Interested Parties, by Appellees Federal National Mortgage Association, National Default Servicing Corporation. (Wilde, Gregory) (Entered: 12/08/2014) |
| 12/30/2014 | 12 | MOTION for Preliminary Injunction by Appellant Aydin T. Oner. Responses due by 1/16/2015. (DKJ) (Entered: 12/30/2014) |
| 01/05/2015 | 13 | RESPONSE to 12 MOTION for Preliminary Injunction, filed by Appellees Federal National Mortgage Association, Seterus, Inc.. Replies due by 1/15/2015. (Schuler-Hintz, Kristin) (Entered: 01/05/2015) |
| 01/05/2015 | 14 | CERTIFICATE of Bankruptcy Record on Appeal. (SLR) (Entered: 01/07/2015) |
| 01/07/2015 | 15 | MINUTE ORDER IN CHAMBERS of the Honorable Judge James C. Mahan, on 1/7/2015. IT IS ORDERED appellant shall have period of fourteen (14) days from date of this order to file/serve opening brief. Appellee shall have fourteen (14) days after to file/serve answering brief. Thereafter, appellant shall have fourteen (14) days to file/serve final reply brief. IT IS FURTHER ORDERED that appellant shall file and serve with appellants brief excerpts of the record as an appendix pursuant to LR 8009(a) and Fed. R. Bank. P. 8009(b). Appellee may also file/serve an appendix with appellees brief which contains required material omitted by appellant. Opening brief due by 1/24/2015. Answering brief due by 2/10/2015. Reply brief due by 2/27/2015.**(no image attached)** (Copies have been distributed pursuant to the NEF - SLR) (Entered: 01/07/2015) |
| 01/13/2015 | 16 | REPLY to Response to 12 MOTION for Preliminary Injunction filed by Appellant Aydin T. Oner. (SLD) (Entered: 01/13/2015) |
| 01/15/2015 | 17 | ORDER Denying without prejudice 12 Motion for Preliminary Injunction. Signed by Judge James C. Mahan on 1/14/2015. (Copies have been distributed pursuant to the NEF - SLR) (Entered: 01/15/2015) |
| 01/20/2015 | 18 | MOTION to Extend Time (First Request) to File Brief re 15 BK Scheduling Minute Order by Appellant Aydin T. Oner. (SLD) (Entered: 01/21/2015) |

| 01/28/2015 | 19 | ORDER Granting Appellant's 18 Motion to Extend Time. Opening brief due by 2/9/2015. Signed by Judge James C. Mahan on 1/28/2015. (Copies have been distributed pursuant to the NEF - SLD) (Entered: 01/28/2015) |
| 02/10/2015 | 20 | MOTION to Hold Appeal in Abeyance by Appellant Aydin T. Oner. Responses due by 2/27/2015. (SLD) (Entered: 02/10/2015) |
| 02/18/2015 | 21 | RESPONSE to 20 MOTION to Hold Appeal in Abeyance, filed by Appellees Federal National Mortgage Association, Seterus, Inc.. Replies due by 2/28/2015. (Attachments: # 1 Exhibit Sheriffs Certificate of Sale of Real Property)(Schuler-Hintz, Kristin) (Entered: 02/18/2015) |
| 02/18/2015 | 22 | AMENDED RESPONSE to 20 MOTION to Hold Appeal in Abeyance, filed by Appellees Federal National Mortgage Association, Seterus, Inc.. Replies due by 2/28/2015. (Attachments: # 1 Exhibit Sheriff's Certificate of Sale of Real Property)(Schuler-Hintz, Kristin) (Entered: 02/18/2015) |
| 02/20/2015 | 23 | JOINDER to 22 Response to Motion; filed by Appellees CitiMortgage, Inc., National Default Servicing Corporation. (Wilde, Gregory) (Entered: 02/20/2015) |
| 03/02/2015 | 24 | REPLY BRIEF to 20 MOTION to Hold Appeal in Abeyance by Appellant Aydin T. Oner. (SLD) (Entered: 03/02/2015) |
| 03/03/2015 | 25 | ORDER Denying Appellant's 20 Motion to Hold Appeal in Abeyance. Appellant shall file his opening brief by 3/6/2015. The court cautions appellant that if he fails to file his opening brief by this deadline the court may impose sanctions, including dismissal of Appellant's appeal. Signed by Judge James C. Mahan on 3/3/2015. (Copies have been distributed pursuant to the NEF - SLD) (Entered: 03/03/2015) |
| 03/13/2015 | 26 | ORDER that appellant Aydin T. Oner's 1 appeal is Dismissed. The clerk's office is instructed to close the case and enter judgment in favor of defendants. Signed by Judge James C. Mahan on 3/12/2015. (Copies have been distributed pursuant to the NEF - SLD) (Entered: 03/13/2015) |
| 03/13/2015 | 27 | CLERK'S JUDGMENT in favor of Defendants/Appellees Federal National Mortgage Association, Seterus, Inc., Ocwen Loan Servicing, Inc., CitiMortgage, Inc., and National Default Servicing Corporation and against Plaintiff/Appellant Aydin T. Oner. Signed by Clerk of Court, Lance S. Wilson on 3/13/2015. (Copies have been distributed pursuant to the NEF - SLD) (Entered: 03/13/2015) |
| 03/16/2015 | 28 | NOTICE OF APPEAL as to 26 Order and 27 Clerk's Judgment by Appellant Aydin T. Oner. *(Filing fee $505 NOT PAID)*. E-mail notice (NEF) sent to the US Court of Appeals, Ninth Circuit. (SLD) (Entered: 03/17/2015) |
| 03/18/2015 | 29 | ORDER for Time Schedule as to 28 Notice of Appeal filed by Aydin T. Oner. **USCA Case Number 15-15506**. (MMM) (Entered: 03/18/2015) |
| 03/18/2015 | 30 | ORDER of USCA, Ninth Circuit, as to 28 Notice of Appeal filed by Aydin T. Oner. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay the docketing and filing fees for this appeal to the District Court; or (3) otherwise show cause why |

|            |    | the appeal should not be dismissed for failure to prosecute. (MMM) (Entered: 03/20/2015) |
|------------|----|------------------------------------------------------------------------------------------|
| 03/30/2015 | 31 | USCA Appeal Fees received $505 receipt number NVLAS03339 re 28 Notice of Appeal filed by Aydin T. Oner. E-mail notice (NEF) sent to the US Court of Appeals, Ninth Circuit. (SLD) (Entered: 03/31/2015) |
| 06/22/2015 | 32 | MOTION to Extend Time to File Opening Brief by Aydin T. Oner. (cc: USCA - SLD) (Entered: 06/24/2015) |

| PACER Service Center |||
|---|---|---|
| **Transaction Receipt** |||
| 01/25/2016 08:32:34 |||
| **PACER Login:** | chenmw11:4640065:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:14-cv-01604-JCM |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 15-15506 | **Docketed:** 03/18/2015 |

In re: Aydin Oner, et al v. FNMA/Fannie Mae, et al
**Appeal From:** U.S. District Court for Nevada, Las Vegas
**Fee Status:** Paid

**Case Type Information:**
  **1)** bkd
  **2)** other
  **3)** null

**Originating Court Information:**
  **District:** 0978-2 : 2:14-cv-01604-JCM
  **Trial Judge:** James C. Mahan, District Judge
  **Date Filed:** 09/30/2014

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|
| 03/13/2015 | 03/16/2015 | 03/17/2015 |

**Prior Cases:**
  None

**Current Cases:**
  None

---

In the Matter of: AYDIN T. ONER
         Debtor,

------------------------------

AYDIN T. ONER
      Plaintiff - Appellant,

    v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION
      Defendant - Appellee,

SETERUS, INC.
      Defendant - Appellee,

OCWEN LOAN SERVICING
      Defendant - Appellee,

Aydin T. Oner
Direct: 702-353-4331
[NTC Pro Se]
3733 Misty Falls Street
Las Vegas, NV 89129

Kristin A. Schuler-Hintz
Direct: 702-685-0329
[COR LD NTC Retained]
McCarthy & Holthus, LLP
Suite # 200
9510 W. Sahara Avenue
Las Vegas, NV 89117

Michael W. Chen, Attorney
Direct: 702-685-0329
[COR NTC Retained]
McCarthy & Holthus, LLP
Suite 200
9510 W. Sahara Avenue
Las Vegas, NV 89117

Kristin A. Schuler-Hintz
Direct: 702-685-0329
[COR LD NTC Retained]
(see above)

Michael W. Chen, Attorney
Direct: 702-685-0329
[COR NTC Retained]
(see above)

Dana Jonathon Nitz, Esquire, Attorney
Direct: 702-475-7964
[COR LD NTC Retained]
Wright, Finlay & Zak, LLP
7785 W. Sahara Avenue

Suite # 200
Las Vegas, NV 89117

Robin Prema Wright, Esquire, Attorney
Direct: 949-477-5050
[COR LD NTC Retained]
Wright, Finlay & Zak, LLP
Suite 280
4665 MacArthur Court
Newport Beach, CA 92660

CITIMORTGAGE, INC.                          Gregory L. Wilde, Esquire
      Defendant - Appellee,            Direct: 702-258-8200
                                            [COR LD NTC Retained]
                                            Tiffany & Bosco, P.A.
                                            212 S. Jones Blvd.
                                            Las Vegas, NV 89107

NATIONAL DEFAULT SERVICING CORPORATION      Gregory L. Wilde, Esquire
      Defendant - Appellee,            Direct: 702-258-8200
                                            [COR LD NTC Retained]
                                            (see above)

In the Matter of:  AYDIN T. ONER,

         Debtor,

------------------------------

AYDIN T. ONER,

         Plaintiff - Appellant,

  v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION; SETERUS, INC.; OCWEN LOAN SERVICING; CITIMORTGAGE, INC.; NATIONAL DEFAULT SERVICING CORPORATION,

         Defendants - Appellees.

| 03/18/2015 | ☐ 1 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL AND PRO SE APPELLANT. SEND |
| | 19 pg, 369.16 KB | MQ: No. The schedule is set as follows: Fee due from Appellant Aydin T. Oner on 03/16/2015. Appellant Aydin T. Oner opening brief due 06/24/2015. Appellees CitiMortgage, Inc., Federal National Mortgage Association, National Default Servicing Corporation, OCWEN Loan Servicing and Seterus, Inc. answering brief due 07/24/2015. Appellant's optional reply brief is due 14 days after service of the answering brief. [9461825] (WL) [Entered: 03/18/2015 10:07 AM] |
| 03/18/2015 | ☐ 2 | Filed clerk order (Deputy Clerk: CKP): Order to show cause docket fee due [9462438] (CKP) [Entered: |
| | 9 pg, 206.85 KB | 03/18/2015 01:35 PM] |
| 03/24/2015 | ☐ 3 | Filed (ECF) notice of appearance of Raymond Jereza for Appellee OCWEN Loan Servicing. Date of |
| | 2 pg, 80.02 KB | service: 03/24/2015. [9470647] [15-15506] (Jereza, Raymond) [Entered: 03/24/2015 05:03 PM] |
| 03/25/2015 | ☐ 4 | Attorney Christopher L. Benner in 15-15506 substituted by Attorney Raymond A. Jereza in 15-15506 [9470859] (KB) [Entered: 03/25/2015 09:12 AM] |
| 03/30/2015 | ☐ 5 | Mail returned on 03/30/2015 addressed to Christopher L. Benner, re: 3/18/15 case opening material. Return to sender, unable to forward. Resending to: case files - Counsel was substituted out on 3/24/15.. [9477256] (CW) [Entered: 03/30/2015 03:05 PM] |
| 03/31/2015 | ☐ 6 | Received notification from District Court re: payment of docket fee. Amount Paid: USD 505.00. Date paid: 03/30/2015. [9478084] (RT) [Entered: 03/31/2015 09:09 AM] |
| 06/29/2015 | ☐ 7 | Filed Appellant Aydin T. Oner motion to extend time to file appellant opening brief until 07/27/2015. |
| | 3 pg, 81.03 KB | Deficiencies: None. Served on 06/22/2015. [9593733] --[COURT UPDATE: To correct date of filing to 6/29/2015; resent NDA - 06/30/2015 by HH] (KB) [Entered: 06/30/2015 11:39 AM] |
| 06/30/2015 | ☐ 8 | Filed clerk order (Deputy Clerk: cag): Granting Motion to extend time to file appellant brief filed by Appellant |
| | 1 pg, 84.33 KB | Aydin T. Oner Appellant Aydin T. Oner opening brief due 07/27/2015. Appellees CitiMortgage, Inc., Federal National Mortgage Association, National Default Servicing Corporation, OCWEN Loan Servicing and Seterus, Inc. answering brief due 08/26/2015 The optional reply brief is due 14 days after service of the answering brief.; Granting Party Motion filed by Appellant Aydin T. Oner [9594124] (CG) [Entered: 06/30/2015 02:16 PM] |
| 07/28/2015 | ☐ 9 | Filed original and 7 copies of Appellant Aydin T. Oner (Informal: Yes) opening brief of 6 pages. Served on |
| | 7 pg, 272.01 KB | 01/13/2015. [9628014] (WWP) [Entered: 07/30/2015 08:34 AM] |
| 08/26/2015 | ☐ 10 | COURT DELETED INCORRECT ENTRY. Incorrect ECF filing. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [13]. Original Text: Filed (ECF) notice of appearance of Michael W. Chen for Appellee FNMA/Fannie Mae. Date of service: 08/26/2015. [9661483] [15-15506] (Chen, Michael) [Entered: 08/26/2015 12:51 PM] |
| 08/26/2015 | ☐ 11 | Filed (ECF) notice of appearance of Michael W. Chen for Appellee FNMA/Fannie Mae. Date of service: |
| | 2 pg, 65.04 KB | 08/26/2015. [9661548] [15-15506] (Chen, Michael) [Entered: 08/26/2015 01:18 PM] |
| 08/26/2015 | ☐ 12 | Added attorney Michael W. Chen for FNMA/Fannie Mae, Seterus, Inc., in case 15-15506. [9661559] (KB) [Entered: 08/26/2015 01:20 PM] |
| 08/26/2015 | ☐ 13 | Filed (ECF) Appellee FNMA/Fannie Mae Motion to dismiss the case. Date of service: 08/26/2015. |
| | 102 pg, 4.48 MB | [9661584] [15-15506] --[COURT UPDATE: Attached searchable version of motion. 08/26/2015 by TYL] (Chen, Michael) [Entered: 08/26/2015 01:26 PM] |
| 08/26/2015 | ☐ 14 | Filed (ECF) Appellees CitiMortgage, Inc. and National Default Servicing Corporation Joint Motion to dismiss |
| | 3 pg, 19.46 KB | the case. Date of service: 08/26/2015. [9662310] [15-15506] (Wilde, Gregory) [Entered: 08/26/2015 04:42 PM] |
| 08/26/2015 | ☐ 15 | Filed (ECF) notice of appearance of Robin P. Wright for Appellee OCWEN Loan Servicing. Date of service: |
| | 2 pg, 85.59 KB | 08/26/2015. [9662386] [15-15506] (Wright, Robin) [Entered: 08/26/2015 05:29 PM] |
| 08/26/2015 | ☐ 16 | Filed (ECF) notice of appearance of Dana Jonathon Nitz for Appellee OCWEN Loan Servicing. Date of |
| | 2 pg, 81.93 KB | service: 08/26/2015. [9662389] [15-15506] (Nitz, Dana) [Entered: 08/26/2015 05:38 PM] |
| 08/27/2015 | ☐ 17 | Attorney Raymond A. Jereza in 15-15506 substituted by Attorneys Robin Prema Wright and Dana Jonathon Nitz in 15-15506 [9662623] (KB) [Entered: 08/27/2015 08:52 AM] |
| 08/27/2015 | ☐ 18 | Filed (ECF) Appellee FNMA/Fannie Mae Michael W. Chen corporate disclosure statement. Date of service: |
| | 3 pg, 52.82 KB | 08/27/2015. [9662659] [15-15506] (Chen, Michael) [Entered: 08/27/2015 08:59 AM] |
| 09/01/2015 | ☐ 19 | Filed (ECF) Appellee OCWEN Loan Servicing Motion to dismiss the case. Date of service: 09/01/2015. |
| | 37 pg, 1.14 MB | [9668531] [15-15506] --[COURT UPDATE: Attached searchable version of motion. 09/02/2015 by TYL] (Nitz, Dana) [Entered: 09/01/2015 03:55 PM] |
| 09/01/2015 | ☐ 20 | Filed (ECF) Appellee OCWEN Loan Servicing response joining motion (motion to dismiss the case). Date |
| | 3 pg, 23.35 KB | of service: 09/01/2015. [9668564] [15-15506] (Nitz, Dana) [Entered: 09/01/2015 04:01 PM] |
| 09/11/2015 | ☐ 21 | Filed Appellant Aydin T. Oner motion to extend time to file a response to motions to dismiss. Deficiencies: |
| | 3 pg, 99.42 KB | None. Served on 09/05/2015. [9681207] (KB) [Entered: 09/14/2015 11:05 AM] |

| | | |
|---|---|---|
| 09/16/2015 | ☐ 22<br>1 pg, 32.77 KB | Filed clerk order (Deputy Clerk: TSP): Appellant's motion for an extension of time to reply to Appellees' motion to dismiss the appeal is granted. Appellant's reply is due September 28, 2015. Appellees' optional reply is due within 7 days after service of appellant's response. [9685726] (SML) [Entered: 09/16/2015 04:05 PM] |
| 09/30/2015 | ☐ 23<br>3 pg, 83.72 KB | Filed Appellant Aydin T. Oner motion to extend time to file a response to motions to dismiss. Deficiencies: None. Served on 09/27/2015. [9703395] (KB) [Entered: 10/01/2015 09:32 AM] |
| 09/30/2015 | ☐ 24<br>5 pg, 151.79 KB | Filed Appellant Aydin T. Oner response opposing Appellee NDSC's motion to dismiss the case. Served on 09/28/2015. [9703405] (KB) [Entered: 10/01/2015 09:36 AM] |
| 09/30/2015 | ☐ 25<br>4 pg, 137.7 KB | ENTRY UPDATED. Filed Appellant Aydin T. Oner response opposing Appellee FNMA's motion to dismiss the case. Served on 09/28/2015. [9703412]--[Edited 10/01/2015 by KB] (KB) [Entered: 10/01/2015 09:38 AM] |
| 09/30/2015 | ☐ 26<br>6 pg, 210.26 KB | Filed Appellant Aydin T. Oner response opposing Appellee OCWEN's motion to dismiss the case. Served on 09/28/2015. [9703431] (KB) [Entered: 10/01/2015 09:41 AM] |
| 09/30/2015 | ☐ 27<br>2 pg, 65.88 KB | Filed Appellant Aydin T. Oner motion to take judicial notice. Deficiencies: None. Served on 09/28/2015. [9703444] (KB) [Entered: 10/01/2015 09:45 AM] |
| 10/06/2015 | ☐ 28<br>33 pg, 3.31 MB | Filed (ECF) Appellees FNMA/Fannie Mae and Seterus, Inc. reply to response (). Date of service: 10/06/2015. [9707897] [15-15506] --[COURT UPDATE: Attached searchable version of reply. 10/06/2015 by TYL] (Chen, Michael) [Entered: 10/06/2015 08:22 AM] |
| 12/09/2015 | ☐ 29<br>2 pg, 40.34 KB | Filed order (Appellate Commissioner): Appellant's September 3, 2015 motion for an extension of time to file the opposition to the motion to dismiss is granted. Appellant's opposition has been filed. Appellees' August 26, 2015 and September 1, 2015 motions to dismiss the appeal are denied. Appellant's September 30, 2015 "motion to take judicial notice" is denied. The opening brief has been filed. The answering briefs are due January 6, 2016. The optional reply brief is due within 14 days after service of the answering briefs. All parties on a side are encouraged to join in a single brief to the greatest extent practicable. See 9th Cir. R. 28-4. (MOATT) [9786841] (AF) [Entered: 12/09/2015 05:36 PM] |
| 01/06/2016 | ☐ 30<br>14 pg, 75.07 KB | Submitted (ECF) Answering Brief for review. Submitted by Appellee OCWEN Loan Servicing. Date of service: 01/06/2016. [9817910] [15-15506] --[COURT UPDATE: Attached corrected brief. 01/11/2016 by TYL] (Nitz, Dana) [Entered: 01/06/2016 03:46 PM] |
| 01/06/2016 | ☐ 31<br>3 pg, 15.84 KB | Filed (ECF) Appellee FNMA/Fannie Mae Correspondence: notice of joinder to answering brief. Date of service: 01/06/2016. [9817971] [15-15506] --[COURT UPDATE: Updated docket text to reflect correct ECF filing type. 01/08/2016 by TYL] (Chen, Michael) [Entered: 01/06/2016 04:02 PM] |
| 01/06/2016 | ☐ 32<br>4 pg, 21.76 KB | Filed (ECF) Appellees National Default Servicing Corporation and CitiMortgage, Inc. Correspondence: notice of joinder to answering brief. Date of service: 01/06/2016. [9818050] [15-15506] --[COURT UPDATE: Updated docket text to reflect correct ECF filing type. 01/08/2016 by TYL] (Wilde, Gregory) [Entered: 01/06/2016 04:19 PM] |
| 01/08/2016 | ☐ 33<br>35 pg, 6.59 KB | Submitted (ECF) excerpts of record. Submitted by Appellee OCWEN Loan Servicing. Date of service: 01/08/2016. [9821315] [15-15506] --[COURT UPDATE: Attached corrected excerpts of record. 01/11/2016 by TYL] (Nitz, Dana) [Entered: 01/08/2016 03:45 PM] |
| 01/12/2016 | ☐ 34<br>2 pg, 188.04 KB | Filed clerk order: The answering brief [30] submitted by OCWEN Loan Servicing is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: red. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. The Court has reviewed the excerpts of record [33] submitted by OCWEN Loan Servicing. Within 7 days of this order, filer is ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6. [9823914] (LA) [Entered: 01/12/2016 10:11 AM] |
| 01/21/2016 | ☐ 35 | Received 7 paper copies of Answering brief [30] filed by OCWEN Loan Servicing. [9835661] (SD) [Entered: 01/21/2016 02:03 PM] |
| 01/21/2016 | ☐ 36 | Filed Appellee OCWEN Loan Servicing paper copies of excerpts of record [33] in 1 volume(s). [9836100] (SML) [Entered: 01/21/2016 03:49 PM] |
| 01/21/2016 | ☐ 37<br>3 pg, 52.44 KB | Filed Appellant Aydin T. Oner motion to extend time to file reply brief. Deficiencies: None. Served on 01/18/2016. [9836849] (KB) [Entered: 01/22/2016 11:11 AM] |
| 01/21/2016 | ☐ 38<br>5 pg, 109.99 KB | Filed Appellant Aydin T. Oner letter dated 01/18/2016 re: opposition to notice of joinder. Paper filing deficiency: None. [9836903] (KB) [Entered: 01/22/2016 11:47 AM] |

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

---

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| U.S. Court of Appeals for the 9th Circuit - 01/25/2016 08:29:22 | | |
| **PACER Login:** | chenmw11 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 15-15506 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |