FILED

FEB 25 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In the Matter of: AYDIN T. ONER,

Debtor,

----

AYDIN T. ONER,

Plaintiff - Appellant,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,

Defendants - Appellees.

No. 15-15506

D.C. No. 2:14-cv-01604-JCM
District of Nevada,
Las Vegas

ORDER

Appellant's "opposition to appellees' joinder," filed on January 21, 2016, is referred to the panel that will consider the merits of the appeal.

Appellant's opposed motion for an extension of time to file a reply brief, filed on January 21, 2016, is granted. The optional reply brief is due on or before March 3, 2016.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Gabriela Buccinio
Deputy Clerk