**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 30 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: AYDIN T. ONER,<br><br>        Debtor,<br>_____<br><br>AYDIN T. ONER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>        Defendants - Appellees. | No. 15-15506<br><br>D.C. No. 2:14-cv-01604-JCM<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

Appellant's motion for a third extension of time to file a reply brief, filed on March 28, 2016, is granted. The optional reply brief is due on or before April 25, 2016.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Gabriela Buccinio
Deputy Clerk