UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 6 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: AYDIN T. ONER,

        Debtor.

_____

AYDIN T. ONER,

        Plaintiff-Appellant,

  v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,

        Defendants-Appellees.

No. 15-15506

D.C. No. 2:14-cv-01604-JCM
District of Nevada, Las Vegas

ORDER

Before:     WALLACE, LEAVY, and FISHER, Circuit Judges.

Oner's motion to extend the time to file a petition for rehearing (Docket Entry No. 47) is granted. Any petition for rehearing is due on February 6, 2017.